UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 02-60176

21 USC 952(a)
21 USC 963
21 USC 841(a)(1)
21 USC 846

CR - DIMITROULEAS

MAGISTRATE JUDGE
SELTZER

FILED by ____ D.C.
INTAKE
AUG 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. • FT. LAUD.

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAFAEL DANIEL De La CRUZ-JIMENEZ,
and
LUIS ALEJANDRO MADERA-SANCHEZ,

Defendants.

INDICTMENT

The Grand Jury charges that:

COUNT I

On or about August 7, 2002, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

RAFAEL DANIEL De La CRUZ-JIMENEZ, and
LUIS ALEJANDRO MADERA-SANCHEZ,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with other persons unknown to the Grand Jury, to import into the United States from a place outside thereof a controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, a violation of Title

21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Sections 963 and 960(b)(1).

COUNT II

On or about August 7, 2002, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

RAFAEL DANIEL De La CRUZ-JIMENEZ and
LUIS ALEJANDRO MADERA-SANCHEZ,

did knowingly and intentionally import into the United States from a place outside thereof a controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 952(a) and 960(b)(1) and Title 18, United States Code Section 2.

COUNT III

On or about August 7, 2002, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

RAFAEL DANIEL De La CRUZ-JIMENEZ, and
LUIS ALEJANDRO MADERA-SANCHEZ,

did knowingly and intentionally combine, conspire, confederate and agree with each other and with persons unknown to the Grand Jury, to possess with intent to distribute a controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, a violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

COUNT IV

On or about August 7, 2002, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

RAFAEL DANIEL De La CRUZ-JIMENEZ and
LUIS ALEJANDRO MADERA-SANCHEZ,

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, at least five (5) kilograms of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A), and Title 18, United States Code Section 2.

CRIMINAL FORFEITURE

a. The allegations of Counts I, II, III and IV of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 21, United States Code, Section 853.

b. Upon conviction of the violation(s) alleged in Counts I, II, III and IV, defendants shall forfeit to the United States any property constituting or derived from any proceeds which the defendant obtained, directly or indirectly, as the result of such violation(s), and any property which the defendant used or intended to be used in any manner or part to commit or to facilitate the commission of such violation(s) including but not limited to the following:

1. United States currency in the amount of $2,719.00 recovered from defendant RAFAEL DANIEL De La CRUZ-JIMENEZ, and

2. United States currency in the amount of $2,615.00 recovered from defendant LUIS ALEJANDRO MADERA-SANCHEZ.

c. If the property described above as being subject to forfeiture, as a result of any act or omission of the defendant,

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or

(5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property and, in addition, to require the defendant to return any such property to the jurisdiction of the court for seizure and forfeiture.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

THOMAS A. O'MALLEY
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA** **CASE NO.** ______________________

v.

**CERTIFICATE OF TRIAL ATTORNEY***

RAFAEL DANIEL De La CRUZ-JIMINEZ, et al.

**Superseding Case Information:**

**Court Division:** (Select One)

___ Miami ___ Key West
_X_ FTL ___ WPB ___ FTP

New Defendant(s) Yes ___ No ___
Number of New Defendants ___
Total number of counts ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) ___No___
List language and/or dialect ___English___

4. This case will take _2 1/2_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

| (Check only one) | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | X | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | X |
| V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
If yes:
Judge: ______________ Case No. ______________
(Attach copy of dispositive order)

Has a complaint been filed in this matter? (Yes or No) ___Yes___
If yes:
Magistrate Case No. ___02-4177-BSS___
Related Miscellaneous numbers: ______________
Defendant(s) in federal custody as of _8/8/02 DelaCruz-Jiminez; 8/8/02 Madera-Sanchez_
Defendant(s) in state custody as of ______________
Rule 20 from the ______________ District of ______________

Is this a potential death penalty case? (Yes or No) ___NO___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? __ Yes _X_ No If yes, was it pending in the Central Region? __ Yes __ No

8. Did this case originate in the Narcotics Section, Miami? __ Yes _X_ No

______________________________
THOMAS A. O'MALLEY
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 310964

*Penalty Sheet(s) attached
N:\HPantaleo\OMALLEY\CRUZJIMINEZ\INDPKG.wpd

REV.6/27/00

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: LUIS ALEJANDRO MADERA-SANCHEZ No.:

Count #1:
Conspiracy to Import Cocaine; in violation of 21:963 and 960(b)(1)

*Max Penalty: Ten (10) years' to life imprisonment; $4,000,000 fine

Counts #2:
Importation of Cocaine; in violation of 21:952(a) and 960(b)(1)

*Max Penalty: Ten (10) years' to life imprisonment; $4,000,000 fine

Count #3:
Conspiracy to Possess with Intent to Distribute Cocaine; in violation of 21:846 and 841(b)(1)(A)

*Max Penalty: Ten (10) years' to life imprisonment; $4,000,000 fine

Count #4:
Possession with Intent to Distribute Cocaine; in violation of 21:841(a)(1) and 841(b)(1)(A)

*Max Penalty:

Count #:

*Max Penalty:

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Defendant's Name: RAFAEL DANIEL De La CRUZ-JIMINEZ No.: ____________________

Count #1:
Conspiracy to Import Cocaine; in violation of 21:963 and 960(b)(1)

*Max Penalty: Ten (10) years' to life imprisonment; $4,000,000 fine

Counts #2:
Importation of Cocaine; in violation of 21:952(a) and 960(b)(1)

*Max Penalty: Ten (10) years' to life imprisonment; $4,000,000 fine

Count #3:
Conspiracy to Possess with Intent to Distribute Cocaine; in violation of 21:846 and 841(b)(1)(A)

*Max Penalty: Ten (10) years' to life imprisonment; $4,000,000 fine

Count #4:
Possession with Intent to Distribute Cocaine; in violation of 21:841(a)(1) and 841(b)(1)(A)

*Max Penalty: ____________________

Count #: ____________________

*Max Penalty: ____________________

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96

***No. 05119***

# *UNITED STATES DISTRICT COURT*

**Southern** District of **Florida**
Central Criminal Division

## *THE UNITED STATES OF AMERICA*

vs.

RAFAEL DANIEL De La CRUZ-JIMINEZ, and
LUIS ALEJANDRO MADERA-SANCHEZ

## *INDICTMENT*

21 USC §952(a)
21 USC §963
21 USC §841(a)(1)
21 USC §846

*A true bill.*

______________________________
*Foreperson*

*Filed in open court this* ________________ *day,*

*of* ________________ *A.D. 19* ________

______________________________
*Clerk*

*Bail, $* ____________

______________________________