# COURT MINUTES

## U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: RAFAEL DANIEL DE LA CRUZ (J) Jimenez

CASE NO: 02-60176-CR-DIMITROULEAS

AUSA: ~~JEFF KAPLAN~~ O'Malley

ATTY: ~~ROBERT ROSENBLATT (temp)~~ pro Oscar Arroyave (temp)

AGENT:

VIOL:

PROCEEDING: INQ RE CNS. / PTD HEARING / POSSIBLE ARRAIGNMENT

RECOMMENDED BOND:

BOND HEARING HELD - yes / no

COUNSEL APPOINTED:

BOND SET @:

To be cosigned by:

FILED by D.C.
AUG 15 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❑ Do not violate any law.
- ❑ Appear in court as directed.
- ❑ Surrender and / or do not obtain passports / travel documents.
- ❑ Rpt to PTS as directed / or ________ x's a week/month by phone; ________ x's a week/month in person.
- ❑ Random urine testing by Pretrial Services. ________ Treatment as deemed necessary.
- ❑ Maintain or seek full - time employment.
- ❑ No contact with victims / witnesses.
- ❑ No firearms.
- ❑ Curfew: ________
- ❑ Travel extended to: ________
- ❑ Halfway House ________

Spanish
INTERPRETER REQUIRED

Govt proceeded by proff.
S/A Richard Jolles
Customs sworn for cross

PTD Ordered

Exh 1 - photo of aircraft
Exh 2 ABC - "
Exh 3 composite photos

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-26 | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-26 | 11 | BSS | |
| ~~STATUS CONFERENCE~~ Garcia hrg | 8/26 | 11 | BSS | |

DATE: 8/15/02 TIME: 10:30 FTL/LSS TAPE # 02 - 041 and 042 Begin: 2653 End: 552