UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 02-60176-CR-DIMITROULEAS

    Plaintiff,

vs.

RAFAEL DANIEL DE LA CRUZ JIMINEZ,

    Defendant,

_____/

**ORDER REQUESTING RESPONSE**

THIS CAUSE is before the Court *sua sponte* upon receipt of a list of possible eligible persons who may benefit from Part B of Amendment 821, the Court finds as follows:

1. On November 14, 2002, Defendant pled guilty to Conspiracy to Import, Importation, and Possession with Intent to Distribute Five Kilograms or more of Cocaine.

2. Defendant's Sentencing Guidelines were scored at an Offense Level 42, Criminal History Category I, with zero criminal history points, for range of 360 months to Life. Defendant was sentenced to 360 months.

3. A revised Sentencing Guidelines with a two level reduction for zero criminal history points would be scored at an Offense Level 40, Criminal History Category One, for a range of 292-365 months.

4. The Government shall show cause within thirty (30) days of this order why the Court should not reduce Defendant's sentence, effective February 1, 2024.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 4th day of October, 2023.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Laurence M. Bardfeld, AUSA