FILING FEE
PAID $0
In Forma Pauperis No
Angela E. Noble, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RAFAEL DANIEL DE LA CRUZ JIMENEZ,

    Defendant,

vs.

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 02-60176-CR-DIMITROULEAS

FILED BY MC D.C.
NOV 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEAL

Defendant submit this Notice of Appeal regarding the Court Order dated on November 2, 2023. Respectfully submitted.

Certified Mail Receipt: 7018 0360 0000 8912 9644

By: /s/ Rafael Daniel De La Cruz Jimenenz
Rafael Daniel De La Cruz Jimenenz
Register No. 56269-004
Federal Coorectional Institution
P.O. Box 5000
Oakdale, LA 71463

Page 1 of 1



CERTIFIED MAIL

Rafael Daniel De La Cruz Jimenenz
Register No. 56269-004, R-1
Federal Correctional Intitution
P.O. BOx 5000
Oakdale, LA 71463

SHREVEPORT
17 NOV 2023

7018 0360 0000 8912 9644

FILED BY____D.C.
NOV 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

*LEGAL MAIL/SPACIAL MAIL *
DATE on: November 17, 2023.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
OFFICE OF THE CLERK ROOM 8N09
400 NORTH MIAMI AVENUE
MIAMI, FLORIDA 33128-7716

33128-771699

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE