UNITED STATES DISTRICT COURT
SOUTHERN DISRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  02-60176-CR-DIMITROULEAS

    Plaintiff,

Vs.

RAFAEL DANIEL DE LA CRUZ JIMENEZ,

    Defendant.
_____/

## **O R D E R**

THIS CAUSE is before the Court upon Defendant's *pro se* Motion for Extension of Time to File Notice of Appeal [DE-224], and Motion for Reconsideration [DE-225].

1. On November 2, 2023, this Court ordered that no reduction was appropriate under Part B of Amendment 821 [DE-219].

2. On November 17, 2023, Defendant dated a Notice of Appeal, postmarked on November 22, 2023.  [DE-222].  He now also asks for an extension of time to file a Motion for Reconsideration.

3. The Motion for Extension of Time to file a Notice of Appeal [DE-222] is Denied, as Moot.  The Motion for Extension of Time to file a Motion for Reconsideration [DE-224-1] is Dismissed.  The Motion for Reconsideration [DE-225] is Denied.  The fact that other district judges may have exercised discretion to grant relief under 18 U.S.C. § 3582 is not controlling on this Court.  The Court has previously reviewed the factors in 18 U.S.C. § 3553(a) and denied relief  [DE-172] and [DE-206].  Nothing has changed the Court's decision not to exercise discretion to grant relief.

    4.   The Clerk shall mail a copy of this order to the Defendant.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of November, 2023.

*William P. Dimitrouleas*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record

Laurence M. Bardfeld, AUSA

Rafael Daniel De La Cruz Jimenez, #56269-004
FCI Oakdale
Inmate Mails
PO Box 5000
Oakdale, La.  71463