# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

November 30, 2023



Rafael Daniel De La Cruz Jimenez
FCI Oakdale I - Inmate Legal Mail
PO BOX 5000
OAKDALE, LA 71463

Appeal Number: 23-13909-E
Case Style: USA v. Rafael De La Cruz Jimenez
District Court Docket No: 0:02-cr-60176-WPD-1

## CRIMINAL DOCKETING NOTICE

The above-referenced appeal has been docketed in this Court. All documents filed in this appeal must include the Case Style and Appeal Number shown above.

Appellant Requirements

Unless the following requirements have already been satisfied, **within 14 days of the date of this notice the appellant MUST:**

1. Unless counsel was appointed to represent the appellant, pay to the **District Court** the Filing Fee **OR** File a Motion to Proceed In Forma Pauperis (IFP) in the district court. See FRAP 3(e), FRAP 24.

   *If the filing fee is not paid and a motion to proceed IFP has not been filed in the district court within 14 days of the date of this notice, this appeal will be dismissed without further notice pursuant to 11th Cir. R. 42-1(b).*

   *If the district court has denied the appellant IFP status on appeal, the appellant has 30 days from the date of the district court's order to file an IFP motion in this Court. See FRAP 24(a)(5).*

2. File in this Court **AND** in the district court a Transcript Order Form **OR** file a certificate in this Court stating no transcripts will be ordered. See FRAP 10(b)(1), 11th Cir. R. 10-1.

*If no transcripts are ordered, appellant's brief is due 40 days after **11/28/2023**, except as otherwise provided by the rules. See 11th Cir. Rules 12-1 and 31-1.*

3. File a Certificate of Interested Persons and Corporate Disclosure Statement (CIP). See 11th Cir. R. 26-1(a)(1).

4. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Additional Appellant Requirements

1. Guilty Plea Issue: If any issue concerning a guilty plea will be raised, the appellant must ensure that the record includes the transcript of the guilty plea colloquy and any written plea agreement. See 11th Cir. R. 30-1(a)(13).

2. Sentencing Issue: If any issue concerning the sentence will be raised, the appellant must ensure that the record includes (a) the transcript of the sentencing proceeding, and (b) the presentence investigation report and addenda (under seal in a separate envelope). See 11th Cir. R. 30-1(a)(14).

Appellee Requirements
Unless the following requirements have already been satisfied, **within 28 days of the date of this notice, all appellees participating in this appeal MUST:**

1. File a CIP or a notice. See 11th Cir. R. 26.1-1(a)(3).

2. Complete the Web-Based CIP (attorneys only). See 11th Cir. R. 26.1-1(b).

Electronic Filing
All counsel must file documents electronically using the Electronic Case Files ("ECF") system, unless exempted for good cause. Although not required, non-incarcerated pro se parties are permitted to use the ECF system by registering for an account at www.pacer.gov. Information and training materials related to electronic filing are available on the Court's website.

Obligation to Notify Court of Change of Addresses
Each pro se party and attorney has a continuing obligation to notify this Court of any changes to the party's or attorney's addresses during the pendency of the case. See 11th Cir. R. 25-7.

Additional Information
Rules, forms, and additional information, including a handbook for pro se litigants, can be found at www.ca11.uscourts.gov.

Attorney Participation
All attorneys (except court-appointed attorneys) who wish to participate in this appeal must file an Appearance of Counsel Form within 14 days of the date of this notice. See 11th Cir. R. 46-6(b). Please also see FRAP 46 and the corresponding circuit rules.

Note to Retained Counsel

Eleventh Circuit Rule 46-10(a) states, "Retained counsel for a criminal defendant has an obligation to continue to represent that defendant until successor counsel either enters an appearance or is appointed under the Criminal Justice Act, and may not abandon or cease representation of a defendant except upon order of the court."

Motions to Withdraw

Counsel who file a motion to withdraw from a criminal appeal must also comply with 11th Cir. R. 27-1(a)(7), (a)(8). In addition, a motion to withdraw as counsel stays only briefing on appeal; it does not stay other deadlines. See 11th Cir. R. 31-1(b).

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

CRIM 1 - Notice of Docketing

FILING FEE
PAID $50
In Forma Pauperis No
Angela E. Noble, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

RAFAEL DANIEL DE LA CRUZ JIMENEZ,

    Defendant,

vs.

UNITED STATES OF AMERICA,

    Plaintiff,

CASE NO. 02-60176-CR-DIMITROULEAS

FILED BY MC D.C.
NOV 27 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

NOTICE OF APPEAL

Defendant submit this Notice of Appeal regarding the Court Order dated on November 2, 2023. Respectfully submitted.

Certified Mail Receipt: 7018 0360 0000 8912 9644

By: /s/ Rafael Daniel De La Cruz Jimenenz
Rafael Daniel De La Cruz Jimenenz
Register No. 56269-004
Federal Coorectional Institution
P.O. Box 5000
Oakdale, LA 71463

Page 1 of 1